**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

**No. 17-7506**

———————————

SUNDARI K. PRASAD,

　　　　　　Plaintiff - Appellant,

　　　v.

KARN ART, INC.; SEAN KARN, CEO; ATHENA KARN,

　　　　　　Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:17-cv-00062-MHL-RCY)

———————————

Submitted:  February 22, 2018　　　　　　　　　　Decided:  February 27, 2018

———————————

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Sundari K. Prasad, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sundari K. Prasad appeals the district court's order dismissing as frivolous Prasad's 42 U.S.C. § 1983 (2012) civil rights action because she failed to allege facts establishing that any of the named Defendants were acting under color of state law.[*] On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Prasad does not challenge the basis for the district court's disposition in her informal brief. Thus, Prasad has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court dismissed this action after conducting frivolity review pursuant to 28 U.S.C. § 1915(e)(2) (2012).